### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC LANGMAN and CLAUDE LANGMAN,<br><br>Plaintiffs,<br><br>v.<br><br>P&G RARE VIOLINS, INC. as successor in interest to and d/b/a BEIN & FUSHI, INC., BEN-DASHAN INC., GABRIEL BEN-DASHAN, and PAIGE BEN-DASHAN,<br><br>Defendants. | Civil Action No. 1:25-cv-6056<br><br>Hon. April M. Perry |

### **STIPULATED ORDER OF DISMISSAL**

The parties hereto, through the undersigned counsel and with the approval of the Court, hereby stipulate and agree to the dismissal with prejudice of all claims pleaded in this action. The parties will bear their own costs incurred in the prosecution or defense of this proceeding.

SO ORDERED This _____ Day of November, 2025

_____

The preceding Stipulation is agreed to in form and substance by all parties.

By: /s/ Zachary V. Moen
Zachary V. Moen (IL Bar No. 6280643)
Daniel A. Grossman
ZVMLAW PLLC
777 E. Eisenhower Pkwy, Suite 910
Ann Arbor, MI 48108
(734) 794-3070
zak@zvmlaw.com
danny@zvmlaw.com

150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 291-4499

*Attorneys For Plaintiffs*

By: /s/ Brian A. Rosenblatt
Brian A. Rosenblatt (IL Bar No. 6243772)
DOWNEY & LENKOV LLC
30 North LaSalle Street, Suite 3600
Chicago, IL 60602
312-377-1501
brosenblatt@dl-firm.com

*Attorney for Defendants*